In the United States District Court
For the

James A. Savage

v.

Jimmy Matlof
Gateway Food Market

Complaint
Civil Action No. 18-1761-NJR-DGW
Jury Trail Demanded

I Plaintiffs,
James A. Savage, pro se, for their Complaint state follows

II Parties, Juridiction and Venue

1. Plaintiff James A. Savage was a customer at Gateway Food Market located at 25th on State St. In the City of East Saint Louis on the day of 2018

2. Plaintiff James A. Savage is and was at time mentioned here in, an adult citizens of the United State and a resident of the State of Illinois

3. Defendant Jimmy Matlof was at all relevant time here in a resident of the State of Illinois

4. Defendant Jimmy Matlof is employed by Gateway Food Market on the City of East Saint Louis.

5. Defendant Gateway Food Market is and was at all revalant time here in a municipal corporation of the State of Illinois

1. The action arises under and is brought pursuant to 42 U.S.C Section 1983 to remedy the deprivation under color of State law, of right guaranteed by the eight and Fourtheeth amendment 12 to the United State Constitution. The court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331 and 1334

2. Plaintiff claim for Compensatory and punitive relief are authorized by Rule 65 of the Federal Rule of Civil Procedure

8. This cause of action arose in Southern District of Illinois therefore, venue is proper under 28 U.S.C., Section 1396)

9. Previous lawsuit by Plaintiff
Plaintiffs has file no other lawsuit dealing with the same fact involved in this action or other related to this defendant

V. Statement of Claim
At all relerant time herein, defendant were person for purpose of 42 U.S.C. Section 1983 and acted under color at the law to deprive plaintiff of his constitution Right, as set forth more fully below

## II. Statement of Facts

On the day June, 2018 Plaintiff James A Savage enter defendant Jimmy Matlof place of employment which was Gateway food market on 25th and State St. in East Saint Louis, Ill. Plaintiff James A Savage went to the counter were defendant Jimmy Matlof was at doing something. Defendant got a case of water and handed put it on the counter. Plaintiff gave defendant a twenty dollar bill for the merchandise. Then the defendant went to his office and got a handgun and order the Plaintiff James A Savage out of the store at gun-point. Plaintiff James A Savage with hand up in the air exchange a few words and turn his back to defendant Jimmy Matlof at which time Plaintiff was kicked by Defendant in his lower body and never given his twenty dollar that day. Plaintiff called East St. Louis Police Department and Defendant Jimmy Matlof was arrested and taken away.

## VII Prayer of Relief

Plaintiffs request order declaring that defendants have acted in violation of the United States Constitution

Plaintiffs request 2,000,000 as Compensatory damages and 1,000,000 in punitive damage

Signed this 19 day of ~~August~~ September 2018

James A Savage

James A. Savage

I declare under penalty of perjury that the foregoing is true and correct

James A Savage
Plaintiff

James A. Savage
St Clair County Jail
00 N 5th St
Belleville, IL
61920

MAIL CLEARED
US MARSHALS

21 SEP 2018 PM 7 L

FOREVER USA
Barn Swallow

INMATE MAIL
ST. CLAIR CO

U.S. District Court for the
Southern District of Illinois
Clerk of Court
750 Missouri Avenue
East Saint Louis, Illinois 62202

62201-295429



PAPERS

RECEIVED
SEP 24 2018
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT
EAST ST. LOUIS